UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARMARROE DONTAE TUNSTALL,

        Petitioner,               Case No. 1:25-cv-833

v.                                       Honorable Phillip J. Green

GARY MINIARD,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  September 15, 2025        /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge