UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARMARROE DONTAE TUNSTALL,

          Petitioner,          Case No. 1:25-cv-833

v.                                     Honorable Phillip J. Green

GARY MINIARD,

          Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.


Dated:  September 15, 2025              /s/ Phillip J. Green
                                                     PHILLIP J. GREEN
                                                     United States Magistrate Judge